RECEIVED
AUG 14 2002
OFFICE OF
JUDGE PAUL G. CASSELL

FILED
CLERK, U.S. DISTRICT COURT
28 AUG 02 AM 8:17
DISTRICT OF UTAH
BY:____________
DEPUTY CLERK

RECEIVED CLERK
AUG 13 2002
U.S. DISTRICT COURT

BARBARA K. POLICH (2620)
VANESSA B. PIERCE (7601)
JEFFREY J. DROUBAY (9119)
PARSONS BEHLE & LATIMER
Attorneys for Helius, Inc.
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah 84145-0898
Telephone: (801) 532-1234

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| HELIUS, INC. a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HUGHES ELECTRONICS CORPORATION, also doing business as HUGHES NETWORK SYSTEMS, INC., a Delaware corporation; and ORBIT COMMUNICATION CORPORATION, a Massachusetts corporation.<br><br>Defendants. | **ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Civil No. 2:01CV-847B<br><br>Judge Paul G. Cassell |

Based upon the Stipulated Motion to Dismiss Claims Against Defendant Orbit Communications Corporation, Without Prejudice and for good cause appearing therefor,



46

IT IS HEREBY ORDERED that all claims against Defendant Orbit are dismissed without prejudice.

DATED this 27th day of August 2002.

BY THE COURT:

The Honorable Paul G. Cassell
Federal District Court Judge

APPROVED AS TO FORM:

Martin H. Green

481292.1

asp

United States District Court
for the
District of Utah
August 29, 2002

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:01-cv-00847

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

Ms. Barbara K Polich, Esq.
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145-0898
EFAX 9,5366111

Mr. Robert S. Clark, Esq.
PARR WADDOUPS BROWN GEE & LOVELESS
185 S STATE ST STE 1300
PO BOX 11019
SALT LAKE CITY, UT 84147
JFAX 9,5327750

Mark E. Ungerman, Esq.
FULBRIGHT & JAWORSKI
801 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2615

Frederick Robinson, Esq.
FULBRIGHT & JAWORSKI
801 PENNSYLVANIA AVE NW
WASHINGTON, DC 20004-2615

Mr. J. Anthony Eyre, Esq.
KIPP & CHRISTIAN
10 EXCHANGE PLACE FOURTH FL
SALT LAKE CITY, UT 84111-2314
JFAX 9,3599004

Martin H. Green, Esq.
860 WORCESTER RD STE 200
FARMINGTON, MA 01702-5260